UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BERNARD** <br> Plaintiff | * <br> * | |
| | * | CASE NO. |
| **VERSUS** | * | |
| | * | JUDGE |
| | * | |
| **DOLGENCORP, LLC dba** <br> **DOLLAR GENERAL AND** <br> **ABC INSURANCE COMPANY** | * <br> * | MAGISTRATE |
| | * | JURY DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VERIFICATION OF PETITION OF REMOVAL**

STATE OF LOUISIANA

PARISH OF ORLEANS

Peter J. Wanek of New Orleans, Parish of Orleans, State of Louisiana, being duly sworn under oath deposes and says he is the attorney for DG Louisiana, LLC, the defendant in the aforesaid Petition filed by plaintiff, and that he has authority to make this Affidavit and that he has read the foregoing Notice of Removal and knows the contents thereof and the matters and things therein mentioned are true.

_____
PETER J. WANEK (#23353)

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 16TH DAY
OF OCTOBER, 2015.

_____
NOTARY PUBLIC

Kathryn T Trew
Notary Public #134091
State of Louisiana
My commission expires upon death
LA Bar No. 34116