UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNETH BERNARD | * | |
|     Plaintiff | * | |
| | * | CASE NO. |
| VERSUS | * | |
| | * | JUDGE |
| | * | |
| DOLGENCORP, LLC dba | * | MAGISTRATE |
| DOLLAR GENERAL AND | * | |
| ABC INSURANCE COMPANY | * | |
| | * | JURY DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT OF DG LOUISIANA, LLC AND DOLGENCORP, LLC

This Corporate Disclosure Statement is filed on behalf of DG Louisiana, LLC, defendant in the above-style matter, in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, which requires that a non-governmental corporate party file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares that DG Louisiana, LLC, is a single-member limited liability company whose sole member is Dolgencorp, LLC. Dolgencorp, LLC, is a single-member limited liability company, whose sole member Dollar General Corporation, which is incorporated and has it principal place of business in Tennessee.

Respectfully submitted,

*/s/ Peter J. Wanek*
PETER J. WANEK (23353)
KATHRYN T. TREW (34116)
McCRANIE, SISTRUNK, ANZELMO,
  HARDY, McDANIEL & WELCH, LLC
909 Poydras Street, Suite 1000
New Orleans, LA  70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
ATTORNEYS FOR DEFENDANT
DG LOUISIANA, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 16th day of October, 2015.

*/s/ Peter J. Wanek*