U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 5 2018

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH BERNARD** | * | 15-2541 |
| Plaintiff | * | |
| | * | CASE NO. ■-2541 |
| **VERSUS** | * | |
| | * | **JUDGE DRELL** |
| | * | HANNAH |
| **DOLGENCORP, LLC dba** | * | **MAGISTRATE** ■ |
| **DOLLAR GENERAL AND** | * | |
| **ABC INSURANCE COMPANY** | * | |
| | * | **JURY DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<del>ORDER</del> JUDGMENT

Considering the above and foregoing Rule 41 Stipulation of Dismissal:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the captioned matter are dismissed with prejudice.

ALEXANDRIA, Louisiana, this 25th day of April, 2018.

_____
JUDGE